

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Homer Keasler Jenkins, Deceased

No. 06-25-00021-CV

Appeal from the County Court at Law of Cass County, Texas (Tr. Ct. No. P11547). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we affirm the trial court's finding that there was no ademption, but we reverse the portion of the trial court's order calling for distribution to Clark Turner as the independent administrator of the Estate of Linda Kaye Jenkins. Therefore, we reverse the trial court's order calling for distribution and remand the cause for further proceedings consistent with our opinion in this matter.

We further order that appellant pay all costs of this appeal.

RENDERED OCTOBER 22, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk